UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eric Beste,                                     Civil No. 05-2907 (DSD/FLN)

           Petitioner,

v.                                          **ORDER ADOPTING**
                                            **REPORT AND RECOMMENDATION**

Marty Anderson, Warden,

           Respondent.

_____

Eric Beste, *Pro Se* Petitioner.
Robert Lewis, Assistant United States Attorney, for Respondent.

_____

       Based upon the Report and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 16, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

       **IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus [#1] is **DENIED,** and that this action is **DISMISSED WITH PREJUDICE.**

       **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 5, 2006

                                                           s/David S. Doty
                                                           David S. Doty, Judge
                                                            United States District Court